Lisa Kobayashi (SBN 244999)
8031 Freeport Boulevard
Sacramento, California 95832

(916) 698-6863
(916) 665-5107 (fax)

Attorney for Defendant
Bryan Takeo Corrie

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTION, INC., | CASE NO.: 2:10-CV-01771-LKK-KJM |
| Plaintiff, | |
| v. | **ORDER** |
| BRYAN TAKEO CORRIE, | **STIPULATED MOTION FOR AN EXTENSION OF TIME** |
| Defendant. | |

Pursuant to the defendant's stipulated motion for an extension of time in which to answer plaintiff's complaint, IT IS HEREBY ORDERED that defendant's deadline to file a response to the complaint is extended until October 29, 2010. It is further ORDERED that the Initial Scheduling Conference set for 9/27/10 at 1:30 p.m. is continued to November 1, 2010 at 3:00 p.m. The parties must file status reports fourteen (14) days prior to the scheduling conference.

Dated: September 16, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1.