UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

          Plaintiff,

    v.

BRYAN TAKEO CORRIE, et al.,

          Defendant .

          NO. CIV. S-10-1771 LKK/KJM

O R D E R

    A status conference was held in chambers on November 1, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for January 31, 2011 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: November 4, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1